# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00669-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEMAND FOR JURY TRIAL AS MOOT<br><br>(ECF No. 17) |

　　　Rafael Salas ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action.

　　　Currently before the Court is Plaintiff's motion for demand for jury trial. (ECF No. 17). Plaintiff asks for a jury trial on all issues triable by a jury.

　　　Plaintiff's complaint already includes a demand for a jury trial, and he does not need to file a separate motion to preserve his right to a jury trial on all issues triable by a jury. Accordingly, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**July 7, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1