UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>        Plaintiff,<br><br>    v.<br><br>K. ALLISON, et al.,<br><br>        Defendants. | No. 1:21-cv-00669-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. Nos. 1, 15, 18) |

      Rafael Salas ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 8, 2021, the assigned magistrate judge entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's Fourteenth Amendment due process claim against defendants Thomas, Cortez, and Pfeiffer; his First Amendment Free Exercise Claim against defendants Thomas, Cortez, and Pfeiffer; and his RLUIPA claim against defendants Thomas, Cortez, and Pfeiffer in their official capacities." (Doc. No. 18 at 2.)

      Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 8, 2021, (Doc. No. 18), are adopted in full;

2. All claims and defendants are dismissed, except for plaintiff's Fourteenth Amendment due process claim brought against defendants Thomas, Cortez, and Pfeiffer; his First Amendment Free Exercise Claim brought against defendants Thomas, Cortez, and Pfeiffer; and his RLUIPA claim brought against defendants Thomas, Cortez, and Pfeiffer in their official capacities; and

3. The Clerk of the Court is directed to reflect the dismissal of defendants K. Allison and R. Godwin on the court's docket.

IT IS SO ORDERED.

Dated:   **August 24, 2021**

_____
UNITED STATES DISTRICT JUDGE