UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>                              Plaintiff,<br><br>          v.<br><br>C. PFEIFFER, et al.,<br><br>                              Defendants. | Case No. 1:21-cv-00669-DAD-EPG (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR AN ORDER UNDER THE ALL WRITS ACT WITHIN FOURTEEN DAYS |

   Rafael Salas ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action.  On June 3, 2022, Plaintiff filed what the Court construes as a motion for an order under the All Writs Act.  (ECF No. 49).  Plaintiff alleges that prison officials are forcing Plaintiff to mail his legal property home, and if he refuses, they will destroy his legal documents.

   As Plaintiff is alleging that his legal property related to this case is going to be destroyed by prison officials, and as defendant Pfeiffer is the Warden at Plaintiff's institution of confinement, the Court will require Defendants to file a response to Plaintiff's motion within fourteen days.

\\\
\\\
\\\
\\\
\\\

1

Accordingly, IT IS HEREBY ORDERED that Defendants have fourteen days from the date of service of this order to file a response to Plaintiff's motion for an order under the All Writs Act. Plaintiff has fourteen days from the date of service of Defendants' response to file his reply.

IT IS SO ORDERED.

Dated:   **June 6, 2022**                              /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE