UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00669-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR AN ORDER UNDER THE ALL WRITS ACT<br><br>(ECF Nos. 49 & 52) |

　　　　Rafael Salas ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 3, 2022, Plaintiff filed what the Court construes as a motion for an order under the All Writs Act. (ECF No. 49). On June 16, 2022, Plaintiff filed an updated motion, which includes a request for sanctions. (ECF No. 52). On November 23, 2022, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motions for an order under the All Writs Act (ECF Nos. 49 & 52) be DENIED." (ECF No. 72, p. 7).

　　　　The parties were provided an opportunity to file objections to the findings and recommendations. On December 8, 2022, Plaintiff filed his objections. (ECF No. 73). Defendants did not object, but on December 12, 2022, they filed a response to Plaintiff's objections (ECF No. 74). In his objections, Plaintiff raises arguments that were addressed in the findings and recommendations. In addition to the extent that Plaintiff alleges that he requested

certain documents from Defendant that were not provided to him, these are new allegations that were not raised in his original complaint.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on November 23, 2022, are ADOPTED IN FULL; and
2. Plaintiff's motions for an order under the All Writs Act, (ECF Nos. 49 & 52), are DENIED.

IT IS SO ORDERED.

Dated:   March 7, 2023

_____
UNITED STATES DISTRICT JUDGE