# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS, | Case No. 1:21-cv-00669-KES-EPG (PC) |
| Petitioner, | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO MODIFY SECOND SCHEDULING ORDER AND REQUEST TO STAY PROCEEDINGS[1] |
| v. | |
| PFEIFFER, et al, | |
| Respondents. | (ECF No. 116) |

Plaintiff Rafael Salas is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 9, 2026, Plaintiff filed a Request for Modify [sic] Schedul[ing] Order; Request to Stay Proceedings; and Appoint [an] Expert. (ECF No. 116).  Plaintiff asks for an extension of time of six months to all dates that were included in the Court's Second Scheduling Order issued on October 5, 2025, including deadlines regarding expert disclosures, motions for attendance of witnesses, and pretrial statements that have already passed.  Plaintiff represents that the frames on his glasses have been damaged, the law library lacked a computer for two weeks due to software updates, and a settlement conference is scheduled for February 6, 2026.

The Court will grant Plaintiff's motion in part.  The Court will vacate the dates for the pretrial conference statement, pretrial conference, and trial, to be reset promptly if necessary, following the settlement conference.

---

[1] The Court will address Plaintiff's request for appointment of an expert witness in a separate order.

1

However, the Court will not extend the deadlines for disclosure of expert witnesses or motions for attendance of witnesses that have already passed.  Plaintiff does not show good cause to extend these deadlines.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiff's motion to modify the scheduling order and stay proceedings (ECF No. 116) is GRANTED in part and DENIED in part as follows:

   a. The deadline for the parties to file their pretrial statements, the pretrial conference, and the trial date are VACATED to be reset promptly following the settlement conference, if the case does not settle.

   b. Plaintiff's request for extension of all other deadlines, including disclosure of expert witnesses and motions for attendance of witnesses, is DENIED.

IT IS SO ORDERED.

Dated:   **January 16, 2026**               /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2