UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>Plaintiff,<br><br>v.<br><br>C. PFEIFFER, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00669-KES-EPG (PC)<br><br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 123) |

On February 23, 2026, the Court issued an order and writ of habeas corpus ad testificandum for Plaintiff's custodian to produce him for a Zoom video pretrial conference before United States District Judge Kirk E. Sherriff, on Monday, March 23, 2026, at 11:30 a.m. (ECF No. 123).

However, on March 11, 2026, the Court granted Defendants' motion to continue the pretrial conference, with the conference now being reset for June 22, 2026 at 3:00 p.m. (ECF No. 125; *see* ECF No. 128).

Accordingly, IT IS ORDERED as follows:

1. The Court's February 23, 2026, order and writ of habeas corpus ad testificandum is vacated. (ECF No. 123).

2. The Court will issue a new order and writ of habeas corpus ad testificandum in due course for the continued June 22, 2026 pretrial conference.

1

3. The Clerk of the Court is directed to serve a copy of this order via fax on Litigation Office at Pleasant Valley State Prison, Coalinga, CA at (559) 935-4928 or via email.

IT IS SO ORDERED.

Dated:   __**March 12, 2026**__                      /s/ _Erica P. Grosjean_
                                                        UNITED STATES MAGISTRATE JUDGE