UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br>Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br>Defendants. | 1:21-cv-00669-KES-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RAFAEL SALAS, CDC # G-55918, PLAINTIFF<br><br>**Zoom conference on August 17, 2026 at 2:00 p.m.** |

Rafael Salas, inmate, CDC #G-55918, a necessary and material witness for himself in proceedings in this case on August 17, 2026, is confined at Pleasant Valley State Prison, Coalinga, CA 93210, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge Kirk E. Sherriff **by Zoom video conference from his place of confinement, on Monday, August 17, 2026, at 2:00 p.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a pretrial conference at the time and place above, until completion of court proceedings or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Pleasant Valley State Prison, Coalinga, CA at (559) 935-4928 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Victoria Gonzalez, Courtroom Deputy, at vgonzalez@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Pleasant Valley State Prison**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, by Zoom video conference, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **July 20, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE