UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br>Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br>Defendants. | 1:21-cv-00669-KES-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RAFAEL SALAS, CDC # G-55918, PLAINTIFF<br><br>**Jury Trial on August 25, 2026 at 8:30 a.m.** |

**Rafael Salas, inmate, CDC #G-55918**, a necessary and material party in proceedings in a **jury trial (3-4 day estimate)** beginning on August 25, 2026, is confined at Pleasant Valley State Prison, Coalinga, CA 93210, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #6, 7th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, before Judge Kirk E. Sherriff for **the jury trial beginning on August 25, 2026, at 8:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. The Court may be notified by contacting Victoria Gonzalez, Courtroom Deputy, at vgonzalez@caed.uscourts.gov.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Pleasant Valley State Prison, Coalinga, CA at (559) 935-4928 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Pleasant Valley State Prison**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **July 27, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE