UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br>Plaintiff,<br>v.<br>C. PFEIFFER, *et al.*,<br>Defendants. | Case No. 1:21-cv-00669-KES-EPG (PC)<br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 136) |

On July 27, 2026, the Court issued an order and writ of habeas corpus ad testificandum for Plaintiff's custodian to produce him for a jury trial before United States District Judge Kirk E. Sherriff, on Tuesday, August 25, 2026, at 8:30 a.m. (ECF No. 136).

However, on August 20, 2026, the Court conducted a trial confirmation hearing and reset the jury trial for October 14, 2026 at 8:30 a.m. (ECF No. 163).

Accordingly, IT IS ORDERED as follows:

1. The Court's July 27, 2026, order and writ of habeas corpus ad testificandum is vacated. (ECF No. 136).
2. The Court will issue a new order and writ of habeas corpus ad testificandum in due course for the continued October 14, 2026 jury trial.

\\\

\\\

3. The Clerk of the Court is directed to serve a copy of this order via fax on Litigation Office at Pleasant Valley State Prison, Coalinga, CA at (559) 935-4928 or via email.

IT IS SO ORDERED.

Dated: **August 24, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE