FILED

OCT 2 1 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** **1:21-CV-00669-KES-EPG**

**CASE NAME:** **RAFAEL SALAS v.C. PFEIFFER et. al.**

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial.** The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.
Dated: **October 21, 2026**

**/s/ Kirk E. Sherriff**
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** October 21, 2026

**Plaintiff Pro Se:** /s/ Rafael Salas -(vmg)

**Plaintiff's Pro Se Signature:** /s/ Rafael Salas -(vmg)

**DATE EXHIBITS RETURNED:** October 21, 2026

**Defense Attorney:** Jacqueline Kallberg

**Defense Attorney Signature:** Jacqueline Kallberg

**This document certifies that the above-mentioned exhibits were returned.**

**Date:** October 21, 2026

Victoria Gonzales
**Victoria Gonzales**
**Courtroom Clerk**