**FILED**
**JUDGMENT ENTERED**

October 22, 2026
Date
by: Victoria Gonzales
Deputy Clerk
U.S. District Court
Eastern District of California
XX CASE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

RAFAEL SALAS,

Plaintiff,

vs.

C. PFEIFFER, ET AL.,

Defendant.
_______________________________/

**JUDGMENT IN A CIVIL ACTION**

1:21-CV-00669-KES-EPG

JURY VERDICT: This action came before the Court for a trial by jury.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT C. PFEIFFER, IN ACCORDANCE WITH THE COURT'S ORDER ON 10/16/2026.*

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS CORTEZ AND THOMAS, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/21/2026.*

DATED: 10/22/2026

KEITH HOLLAND, Clerk

Victoria Gonzales
By: Victoria Gonzales - Deputy

jgm.civ
2/18/2025